UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lenny Miller,

Plaintiff,

vs.

Truth Hardware Corporation and
Manpower, Inc., a Wisconsin Corporation,

Defendants.

**Civil No. 01-171 DSD/SRN**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned attorneys, that the above-captioned matter may be, and hereby is, dismissed in its entirety on the merits with prejudice, and without costs or disbursements to any party.

Dated: 7. 16, 2002

NICHOLS KASTER & ANDERSON

By ______________________

Donald H. Nichols, Esq. (#78918)
Paul J. Lukas, Esq. (#22084X)
Tiffany Sanders, Esq. (#260514)
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF



FILED 7-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: 7/19/02, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By ______________________

Paul J. Zech, Esq. (#162450)
Penelope J. Phillips, Esq. (#200876)
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

ATTORNEYS FOR DEFENDANT TRUTH HARDWARE CORPORATION

Dated: 7/16, 2001

BARNA, GUZY & STEFFEN, LTD.

By ______________________

Bradley A. Kletscher, Esq. (#239355)
400 Northtown Financial Plaza
200 Coon Rapids Boulevard
Minneapolis, Minnesota 55433
(763) 780-8500

ATTORNEYS FOR DEFENDANT MANPOWER, INC.

**IT IS SO ORDERED.**

BY THE COURT:

7/22/02

______________________

The Honorable David S. Doty
Senior Judge, United States District Court